

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

United States Courthouse
1 St. Andrews Plaza
New York, New York 10006

February 5, 2020

2/7/2020

A 30 day adjournment is granted to March 11, 2020 at 11:15 a.m.

So ordered

/Paul Crotty
 USDJ

BY ECF AND E-MAIL

The Honorable Paul A. Crotty
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **United States v. John (Madea) Sidney**, 06 Cr. 323 (PAC)

Dear Judge Crotty:

The Government writes to respectfully request a 30-day adjournment of the defendant's violation of supervised release conference scheduled for February 10, 2020. The defendant is currently hospitalized for an injury and will not be released until, at the earliest, February 7, 2020. The defendant and the Probation Office concur in this request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____
Alexander Li
Assistant United States Attorney
(212) 637-2265

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-7-2020

cc: Donna R. Newman, Esq. (*by ECF*)
Oliver Monck, U.S. Probation Office (*by email*)