Law Offices of
**Donna R. Newman**
Attorney at Law
New York, New York 10007
Tel. 212-229-1516
Fax. 212-676-7497
cell: 201-306-4369
donnanewmanlaw@aol.com

Member: N.Y. & N.J. Bar

April 10, 2020

Via ECF and Email

The Honorable Paul A. Crotty
Senior U.S. District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

> 4-13-2020
> A VOSR conference will be held on June 10, 2020, at 11:15 AM. SO ORDERED.
> /S/ Paul A. Crotty

Re: *United States v. Sidney*
　　06cr323(PAC)
　　Request for Adjournment

Dear Judge Crotty:

　　As the Court may recall, John (Madea) Sidney has pending before your Honor a violation of supervised release.  She has a scheduled appearance on that violation on April 16, 2020.  I write to seek a 60 day adjournment of that conference until June 15th at a time convenient for the Court. The Government and Probation concur in this application. The reasons for the requested adjournment are the current COVID-19 virus makes in-person court appearances impossible. We are asking for the 60 days because we are hopeful by then Ms. Sidney will be settled in her own apartment which Ms. Sidney has been diligently trying to accomplish but has been hindered in her efforts due to the virus.

Respectfully,
　　/s/
Donna R. Newman
Cc: AUSA Alexander Li via email & ECF
　　USPO  Darryl Spencer via email
　　USPO Kristen Aliperti via email
　　John (Madea) Sydney via email