

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States Courthouse*
*1 St. Andrews Plaza*
*New York, New York 10006*

June 3, 2020

BY ECF AND E-MAIL
The Honorable Paul A. Crotty
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York  10007

6/4/2020
The June 10 conference is adjourned to August 6, 2020, at 11:45 AM. SO ORDERED.

*/s/ Paul A. Crotty*

Re:    **United States v. John (Madea) Sidney**, 06 Cr. 323 (PAC)

Dear Judge Crotty:

The Government writes to respectfully request that the defendant's violation of supervised release conference scheduled for June 10, 2020 at 11:15 a.m. be adjourned to the first week of August or thereafter.  The defendant has a state court appearance set for July 7, 2020, and defense counsel and the probation officer are unavailable for much of July.  An adjournment until early August will enable the parties to more fully update the Court.  The defendant and the Probation Office concur in this request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____
Alexander Li
Assistant United States Attorney
(212) 637-2265

cc:    Donna R. Newman, Esq. (*by ECF*)
Kristen Aliperti, U.S. Probation Office, Eastern District of New York (*by email*)
Darryl Spencer, U.S. Probation Office, Southern District of New York (*by email*)